first of all your honor this is Diane Weisberg I'm representing Ivan Rubtsov and Anna Tewkesbury NBR and I am also representing Jane Sendi can you hear me all right your honor yeah and I would like five minutes for rebuttal all right well I'm also counsel of record for a bit facade and the which was on but the it without oral argument after we finish this one I'll be calling it and saying we're submitting it on the briefs so okay and then also I represent mr. Kai whose oral argument is scheduled on July the 6th I believe all of these cases your honor has the same thing in common they were all put into government databases and there's no due process mechanism to get out the Ninth Circuit has previously ruled the CWS CMS system meets the stigma test so the bottom line here is what's the plus test the first thing I wanted to address though the Ninth Circuit has previously ruled are you talking about Castillo and me on the unpublished district court case I'm not Castillo was never in front of the Ninth Circuit Castillo was only in the district court where the honorable Otis Wright made his rulings but in Persaud the Ninth Circuit previously ruled that stigma was allocated but that he had to get out of khaki first in these other cases they've already been up in front of the Ninth Circuit where the courts rule they've met this stigma test but the plus had to be further ferreted out so on the bottom line here though is what does it take using the Humphreys analogy to justify whether or not somebody's met the stigma plus test they're in the databases that's without argument there's nothing that says that they have any mechanism to get out of them there's no due process mechanism so now I go to what evidence that's not entirely it well if you're talking about the that if you're talking about people that also have khaki issues there is some due process implications as far as that goes so I don't want you to I don't want you to overstate that okay because but let your place have a little bit they have different situations because the county admittedly and I'm sure that they're going to did they made a lot of mistakes okay they didn't exactly inspire confidence in their ability to handle these databases in the sense that I think two out of the three should have been put in khaki and we're putting khaki when they should have been put in khaki and then there were there were a lot of things and then I think that probably rubes off what is going to claim that because somehow they were trying he was the one trying to foster a baby got taken back three days later right right except that the penal code for khaki and the welfare institutions for CWS is not retroactive there's nothing in California statute that says these people can go back four or five years later as they did on mr. Persaud as they did on mr. Rubes off and suddenly in retribution put them in a database to try to deny them access to a CWS CMS appeal that's what this number one is about and that's what my supplemental authorities that I submitted to the court show well so as I understand it mr. Rubes off had the opportunity to have a khaki hearing and he did not avail himself of that hearing right that's the hearing through which he can really challenge the accuracy of the factual allegation so without taking advantage of that procedural mechanism really what due process violation claim does he have your honor when he asked for a hearing to get out of CWS CMS after the baby was suddenly removed from their home he wasn't in khaki but he had a substantiated claim it's no it was inconclusive your honor and under the khaki rules inconclusives do not get reported to khaki it was not originally substantiated so that takes care of mr. Rubes off but when he moved out of his house so that Anna could adopt a child all of a sudden they put Anna in the databases and then they put VR in the databases there's no allegations of abuse against Anna there was never an allegation against VR why did they suddenly put them into the databases and retroactively to 2009 but let me okay but since this can he still I know he was offered a khaki hearing when they put him in the database and he declined I mean to this date he has not had it is that correct to this date he has not had a khaki all right why why isn't it premature for if he has that khaki hearing available why isn't it in the CWS CMS because he wasn't in khaki at the time he demanded the hearing for CWS he was put in it five years later your honor there's no provision in the penal code without express authority by the legislature to put somebody in a database five years later all right let me let's go over to Andy for a moment you allege that the county violated Andy's rights to privacy is there any evidence in the record that Andy's information in CWS CMS was disseminated outside the proper channels yes and the first indication is the family child index CWS CMS and the defendants admitted to this automatically feeds on a daily basis information that's in CWS to the family child index which is then disseminated to every law enforcement agency in Los Angeles area and to the CAO's office mr. Andy was denied access to his children's schools to this day he cannot go to his child school they're all because he's in CWS CMS he's not in khaki the defendants admitted they removed him from khaki finally after two years at the last Ninth Circuit hearing now I thought wasn't he claiming that his his damage was have to do with a promotion initially it was first indication was a promotion his employer and other employees told him that he wasn't getting promoted because he's in these databases but at the same time the other Avenue there are other instances of told flat-out by the school district he cannot go to his child school he's not permitted on the school grounds because he's in the database well it was that because at that time the allegations were substantiated as I understand it from the record it's now been corrected to an unfounded allegation is there a nexus between the listing as unfounded allegation and the denial of the right to go to school to his daughter's school but mr. Andy just like mr. Rubenstaff and VR and Anna are all listed as alleged perpetrators you can you answer judge I think you answer judge wins question what not being allowed to go on the school was it what was status now that he's unfounded is that still going on it's still going on your honor it's just like mr. Chi which the court will hear he hasn't gotten his job back is it that's that's why I followed up with a question because you are essentially saying that the prohibition to go on to his daughter's school grounds was really based on his inclusion in the database the issue here is that that inclusion has now been updated to correct the allegation as unfounded just a minute let me finish my question please what evidence in the record provides the nexus between the prohibition to go on school on school grounds to the unfounded listing versus the then substantiated allegation because we've got now a switch in status and a switch in in terms of how he's described right so I'm looking for that concrete evidence beyond just speculation that provides the plus prong I think your honor this speculation can be resolved if we go to trial and we bring in witnesses that show he's still barred from attending his children's because nobody at the school district is going to write a memo that says like all right but but right here we're on summary judgment right yes your honor all right so we have to deal with what's in front of us right here so I answer judge wins question what is in front of us right here we can't that can't say what you should mr. Andy mr. Andy wrote in his declaration under penalty of permitted on the school ground and according to the school it's because he's in the database they don't specify which database they just say he's in the database well if you believe the defendants that he's out of khaki then the only other database besides the family child index is CWS CMS which gives the information to the family child index well okay so if he brought to the school's attention that the information has been corrected to be unfounded and they still maintain their position then I think you know you you have a much better argument for arguing a material question of fact that would preclude summary judgment but I didn't see anything like that in the record did I miss something in mr. Andy's declaration he specifically states he has been told as recently as when that declaration was done and I addressed it that he is still being barred from picking up his children after school he is barred from going to the school and attending any function at his child's school he has been blacklisted forever by this school and the school district because they claim he's in the database all we have is mr. Andy's declaration unless I call in school people as witnesses they're not going to voluntarily write a declaration like that clerk did for the defendants who said something about he's not I don't know about any databases but I'm only a clerk and I wasn't here at the time the allegations occurred a court of competent jurisdiction ruled twice that mr. Andy did not commit child abuse let me let me ask you when I want to address one thing you raised for the first time in mr. Andy's appeal your bill of attender claim why should we not consider that argument waived because the bill of attender and the issue of retroactivity I has been brought up all along I said all along there is no provision for putting somebody into these databases retroactively solely to get even with them can you can you direct me where your bill of attainder argument was made previous to appeal it's all at that or I didn't use the words bill of attainder no I used the subject matter of retroactivity all along okay it wasn't waived your honor all right we're you're down to almost a all right thank you all right who was going to go first for the county your honors I can go ahead and go first since we discussed rude stuff initially and I will be mindful mr. Carpenter's time are you handling one particular case then or yes I'm handling the route stop versus Canada matter all right go ahead state please the court Jennifer Geisler appearing for defendants County of Los Angeles Ian Rosen Michael Wachowski and Javier Rosales in this matter since we have limited time and we've sort of zeroed in on the issues here I want to just be shortened to the point and address a few things let me ask you why then if the information in CWS CMS is supposed to be confidential which the and limited to certain agencies why was the county able to provide Penny Lane and outside foster agency enough information from that database that impacted mr. ribs off foster certification Penny Lane has a contract with the County of Los Angeles your honor and before they place a child in a home there to contact the county and ask the county to run a check in the CWS CMS and in this case they neglected to do that that is Penny Lane so it wasn't discovered until after the fact but they were not given any information about the nature of the hit they were simply told that there was something in CWS CMS so the information you know I guess I guess what I kind of alluded to this if the county is sort of the gang that can't shoot straight on this you know they can't put people in khaki that belong in khaki and the whole and you know and then you make the allegations hey we're the government we're here to help you can trust us we know how to keep confidential information and it's I guess the record indicates that there's a county policy allowing foster agencies like Penny Lane to obtain information from the county that is included in CWS CMS how is such a policy compliant with state requirements on the in a negative impact on an individual's parenting rights as it appears to have with mr. Ripsaw in his case would he have a viable due process claim well I think in this case as I said Penny Lane was not given specific information but they need to know if they're placing a child in their foster family agency if they're placing a county of Los Angeles dependent child but if I go I can't tell you anything but wink wink the kid could be dead if you leave them there I mean that you could are you saying that wouldn't violate they didn't give it they weren't given any information but wink wink not exactly wink wink your honor but they do have a contract with the county for child safety reasons they have to check the database to see if there are any any allegations of abuse and in this case that's when the whole issue arose and I agree they should have put mr. Ripsaw in the khaki index way before this happened but the fact remains that mr. Ripsaw was offered a khaki hearing even after miss Weisberg chose to represent him and he declined if he wants one now let's let's let's I'm just gonna go hypothetically let's assume hypothetically he loses here if he wants a khaki hearing now are you gonna pull the rug out from under him or can you have the khaki hearing um that is a great question and I have not actually looked into that your honor but I would certainly recommend that he be given a khaki hearing yeah but I would recommend that you put people in khaki that belong in khaki and do it in a timely fashion and that didn't happen so how am I supposed to how am I supposed to feel better about that well I think that the county made every effort at the time your honor to offer mr. Ripsaw a hearing even up to the point of the MSJ hearing I'm hearing waiver there I'm hearing that you're gonna come back and say well hey you could have had one you didn't have one you kind of like someone that goes to trial you didn't want to take the offer that the prosecutor offered you you rolled the dice and now you're looking at a life sentence oh well so I'm that's what I'm hearing two things come out of your mouth here I'm saying I would recommend that he could have it if he loses here and then on the other hand you're saying we gave him every opportunity and he didn't want it so I'm well I'd say I would say the door is there a time limit on the application for khaki hearing under the statute your honor I I honestly am not aware of a time limit I think that they might have an internal policy where they try to accomplish the khaki hearing within a 60-day time period once it's requested but I am not aware of what you're asking and as I started to say the door has been open for mr. Rubstaff for a long long time and he has chosen not to because he felt that that would not expunge him from the child welfare database was he wrong in that no it will not expunge him from the child welfare database but it could if he prevailed have a very positive impact on the findings so if he won the grievance review unit would go back into the database and change it from substantiated to unfounded which would have a positive impact and that let me ask you this council in a situation like this one let's say he does have a hearing or let's take hypothetically another individual who successfully challenged the allegation and and like mr. Andy got the listing in the child database to unfound it and an institution like Penny Lane reaches out would they still be told that there's a hit even if the allegation is unfounded or would they be told that there's no hit and if I told that there's a hit would they say okay well there's something in the database but it is unfounded it would come it was there only communicating substantiated allegations your honor that is my understanding so if he had been removed it would not have had an impact on him one thing I wanted to address quickly is that plaintiffs claim that VR and Anna Tewsbury are reflected as child abusers in the databases I don't know if she's referring to CWS CMS or khaki but there's no evidence that either of them are in the khaki database today that I'm reportedly a victim in the child welfare database miss Weisberg was given an additional two weeks after our hearing to provide additional evidence that they were harmed and the evidence she provided did not disclose that so I I would like to say that I believe Judge Preggerson's order was very well reasoned and as he said in his order plaintiffs do not cite nor has the court discovered any authority that has sustained a CWS CMS based due process claim while khaki grievance procedures are still available and with that if there are no other questions I will yield the remainder of the time to mr. Carpenter for the ending matter okay I think I can ask my questions of mr. Carpenter so go ahead mr. Carpenter afternoon your honor Scott Carpenter on behalf of the County of Los kind of cut to the chase here let's just say hypothetically and I'm only saying this hypothetically I don't want people to get all you know because we haven't conferenced on this case anything there's no decision but let's just say that we said in mr. Andy's case that he hasn't shown stigma plus because he's unfounded and and that based on that that he wasn't entitled to more here let's just say that but if it's if it were written narrowly and the county I'm not having I'm not having a lot of confidence in the county here all right and I'm gonna say that because they couldn't get people in khaki and they should have been in khaki then they just don't seem to be able to do that so what if someone like okay mr. Andy if okay so he prevails but what about if it turns out that that people you're saying this is a confidential base and that it wouldn't come out that people in the county start giving out information and they shouldn't can can those people show stigma plus and future I mean I don't see how that county should be even if the count if you were to prevail on this I don't see how you should be shielded from certain County behavior that would add to what's why you would prevail here well if I understand your honors question you're talking about why dissemination or improper dissemination of information contained in CWS CMS it's important to note that access to CWS CMS is highly restricted and confidential and subject to the provisions of Welfare and Institutions Code section 827 such a violation of confidentiality provisions pertaining to juvenile court records and DCFS records could give rise to a privacy violation claim but it's not necessarily a due to show stigma plus and as we've laid out in the briefs the allegations contained in CWS CMS are unfounded which are not stigmatizing they actually exonerate him and mr. Andy has not been able to show any injury to himself that's ascertainable to CWS CMS I want to raise a point that well his counsel his counsel seems to indicate otherwise seems to indicate that we can look at this record and based on mr. Andy's declaration know that mr. Andy still can't go to the school well your honor I'm not aware of any declaration that mr. Andy has filed an opposition most motion for summary judgment and unless miss Weisberg can provide a citation to the to the record there's no such declaration that I'm aware of and judge Klausner certainly did not cite mr. Andy's declaration when he's explicitly said that since mr. Andy was removed from khaki he has not been told that he cannot go to his daughter's school and that's based off of and it contradicts even if he filed a declaration stating such it contradicts his own deposition testimony and what did he say in his deposition in his deposition he said he has since he's been removed from khaki he hasn't been told that he can't go to his daughter's school he was told one time by the elementary school principal that he couldn't go to the school and that was one proceedings the juvenile court proceedings were pending and ongoing and he can't show and this is an important point he really can't show any injury stigma plus injury that's ascertainable not only to the CWS CMS but to unfounded allegations of abuse contained therein and so he hasn't in the past 20 years tried to work with children or volunteer with children or tried to volunteer his children by his daughter's school and there's just no evidence to support what he's claiming here we let's see I did we lose I just counsel for the appellant is she still here miss Weisberg are you still here oh here you are are you still hearing miss Weisberg I am now again your honor the system kicked me off that I'm sorry what this system kicked me off I can okay so what do you last remember hearing so I can make sure you didn't miss anything mr. Cala counsel for the LA County said mr. Indy didn't that the database was highly restricted and confidential all right what he said which I think you should think about responding to when you come back he said that that there was no declaration in the this record from mr. Indy that you had referenced in your statements and that judge Claus never did and that mr. Indy's declaration his deposition testimony contradicted what you're saying about his being not allowed on the school grounds so that will come back to you on that but that's what he said so mr. the first time on appeal and she took exception with that characterization and said she didn't use the word bill of attainder but that she had made this argument previously do you want to respond to that I would just briefly say as we laid out in the briefs this is an entirely new claim and theory of constitutional violation under the Tenth Amendment which has never been mentioned since this case has been filed back in 2016 it's clearly a new claim that is a mr. Andy's action here and it simply has been waived it should not be considered by this court and even if you do consider it there's no basis in this record or in the arguments from the law to classify CWS CMS as a bill of attainder mr. Andy isn't punished by simply being in the system with unfounded allegations there's no ask you some more questions about that that I quote-unquote unfounded listings such as mr. Andy's in an internal system and then in doing that I would also like you to respond to what would be the potential government burden look like if notice and our hearing were required for inclusion in CWS CMS can you cite any facts or evidence in the record that would demonstrate this well your honor as to the the first point it's really beneficial to step back and understand that CWS CMS is a very important investigatory tool for child welfare social workers it's to help them have all the facts when they get referrals of cases have all the facts and context to be able to do their jobs to ensure that children don't fall through the cracks and they need to be able to understand if there are unfounded allegations that that can provide some context and their investigations going forward and doesn't necessarily mean that someone is more suspicious it can actually exonerate someone if you know that false reports are being provided by a reporter against a certain individual if you get another false report from that same individual then you have that context to be able to go into the investigation with your eyes open and this is exactly what Humphrey stated was allowed and that the government interest was recognized was that caseworkers and law enforcement and agencies needed to be able to have all the bits and pieces of information in their jobs to ensure child safety all right so but camera obviously was passed to protect children recognizing that they're vulnerable and that they want they want social services to if they if someone calls in they want them to look into it to make sure that those that I mean I think it's safe to say that most children could not report abuse themselves or would not because they're financially dependent on the environment that they're living in and so that camera has a definite I think legislative purpose of making sure that social services is doing their job and that the first time we find a dead child it isn't because people should have been calling in and saying something or no one was paying any attention to it but that being said if if but having that information if if you can show that the government has that there's a basic reason to have this system and that the government has good reasons for wanting to do it if every time they got a call on someone is appellant asking for at that point any that any investigation that goes on there should be some sort of hearing and how many calls do you get or how does that work I mean and to get to your honors prior question about the burden it would be extremely burdensome especially when you balance it against the minimal Liberty interest that is implicated by having an unfounded non stigmatizing allegation of abuse in the system if there's millions of referrals and each referral requires notice and an opportunity to be heard and a hearing that's gonna be an extremely burdensome mechanism to for the county to in all counties to implement and given the the Liberty interest that's implicated for mr. Endy and he's not been able to show any constitutional harm stemming from CWS CMS by itself or to unfounded allegations the Matthews versus Eldridge balancing clearly tips and scale of the government interest well I'm concerned I guess of using something as a sword in fact county officials were not respecting the confidentiality of it and maybe perhaps they had they had some sort of dispute with a particular parent and they were calling the school and giving information that they shouldn't give I think that the law would there still should be a mechanism so that they would be able to show stigma plus there wouldn't they that definitely seems to stigma you still you still have to prove some sort of stigmatization and then we just don't feel that unfounded allegations rise to that level all right but your employees wouldn't have any business calling someone's employer or teachers or something like that doing that and you would have to you have to it it kind of doesn't go with the assurances that you're trying to give the court right now your honor that would be a severe breach of confidentiality and a violation of County and DCF policy and would be a fireable offense and subject to people I think we lost I'm gonna stop did we lose yes judge okay all right do you have bad connection at your house possibly sometimes no your honor I don't and it's been working fine up until all of a sudden it just kicked me off twice I don't know if it's your system or mine all right everyone else we're all staying so okay I am done asking questions of the county and I think do either of my colleagues have any additional questions I have no additional I have a question if I understand it right in mr. Indy's case initially it was founded and then declared unfounded the allegations against him is that right it was initially it is wait a second I'm not sure she was asking that of you or she was asking it of government counsel yes your honor that's correct there were two allegations of abuse one in 2014 and one in 2015 both were subject to juvenile court proceedings ultimately in 2015 the juvenile court dismissed the abuse allegations against mr. Indy he was still remaining on khaki but he did have the khaki grievance hearing mechanism available to him to challenge both not only his inclusion in khaki but also the underlying allegations that were contained in CWS CMS aren't those notations in and of themselves stigmatizing the notations of the first notation of an unfound you were charged and later it was it was it was founded and then unfounded doesn't that raise suspicion against the person if that information is revealed no I don't think given that it's ultimately deemed unfounded and that the unfounded allegations state that mr. Andy's been exonerated and anyone reviewing the file and that's what Humphreys was worried about was anybody looking at the information with label someone as a child abuser and anyone looking at the file and knowing that a court dismissed the allegations against him would not label mr. Andy as a child abuser they would know he was he was exonerated then it's our position is that there is still a very important governmental interest in terms of investigatory and child protection purposes as I said stated before we want social workers to have all the information when they're when they get into a referral and see okay thank you all right we've gone over with the government so I'm going to give miss Weisberg five minutes for rebuttal thank it was his deposition money I refer the court to a opening brief on mr. Andy page 47 paragraphs 1 2 & 3 & 4 clearly state mr. Andy's evidence on beat what he was and when he was told this and nothing has changed so I I do want to go to a couple of other issues regarding what counsel brought up the CWS CMS is not highly restricted and confidential a judge in Castillo the court outlined all of the exceptions to 827 of the Welfare and Institutions Code and that's how the county is giving all of this information to law enforcement the CAO Children's Court all of these different agencies have access to this information they don't have to go get a court order they just sign a simple one-page form and they get access to it these people are in these databases as alleged perpetrators it doesn't matter if you go to a subsequent page of 40 pages over that ultimately would show you that it's unfound or inconclusive social workers law enforcement they're going to look at alleged perpetrator and that's as far as they're going to go mr. Andy specifically went to two different trials to clear his name and did so there's no reason for them to leave him in this database and deny him access to his kids there's no reason to have unfounded allegations in this database the same way they cleaned out well I can I can sort of see you know I'm kind of thinking outside the box here but you know children that are victims of abuse many times say it didn't happen all right and something could be unfounded or it could be not substantiated and then years later and I'm watching if you're watching the development of things then they get to the age of majority and maybe the statute hasn't run and they're not afraid of the person anymore and then they come out and they say you know I really was and it was way worse than I ever said but I was afraid and then it would come down to so if you had someone in a database that say have like five unfounded complaints and then later you have someone come up and say you know I actually lied and I did report it but I was a kid and I was defense the defense would say well you never reported it and then the prosecutor would say well it was reported but it was found to be unfounded and the person would then say well I was afraid to say more and you know these things have a way of there there's certain things that young children aren't necessarily always reliable and part of being reliable might mean that they might deny something that later they say happened and or any or they can't qualify as a witness or you can't figure out what happened so I think that people would I think they if if you were a social worker and you found that someone had had lived kept living in different households and they're kept having complaints and they were unfounded the social worker that got that might want to go back and talk to someone that was in the prior house and make sure that they weren't afraid to say something I understand the court's concerns but I also maintain that number one you can't retroactively go back and decide to put somebody in a database five years after it happened in the case of roots off and Anna and VR weren't allegedly never in khaki why are they in CWS why does the child abuser when there's no evidence of it all they're doing is using it as a sword that's all they're doing to shut people up from complaining that they're in these databases the same thing is applicable for mr. Andy to trials proved him innocent but right now counsel for the county will tell you he's in the what's scarier than being an alleged perpetrator that's his designation in the database as unfounded or is he in there I have no idea they've never submitted any evidence to me that shows he's in there they admitted he's in the database as an alleged perpetrator but more importantly if the court looks at the email notification that was sent from Penny Lane by the County of Los Angeles it clearly says that once you're in this database you are barred from ever adopting kids from our County okay you're over the time that I've extended so please wrap up in the next 30 seconds your honors very simply put this case screams for justice for people wrongly included in databases and I asked the court to look at the supplemental authorities that I have submitted having to do with other examples of other government databases where people have no due process thank you thank you both for your are all for your arguments all of you and this matter will now stand submitted
judges: Callahan, Nguyen, Kane